# JAMES KOUSOUROS
### ATTORNEY AT LAW

260 Madison Avenue, 22nd floor • New York, NY 10016
212•532•1934 / 212•532•1939 fax
E-mail: James@kousouroslaw.com

JAMES KOUSOUROS
FOUNDER & PRINCIPAL

EVAN L. LIPTON
COUNSEL

EMMA J. COLE
LEGAL ASSISTANT

August 14, 2024

By ECF & Email

Hon. Andrew E. Krause
Magistrate Judge
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Re:   *United States v. Eric Kyu*, 24-MJ-02893 (UA)

Dear Judge Krause:

This letter is respectfully submitted with the consent of the Government to request that the Court extend the deadline by which to satisfy the conditions of Mr. Kyu's bond by 7-days to August 22, 2024. Mr. Kyu was arraigned on August 8, 2024, and conditions of release were set. *See* D.E. 3. Mr. Kyu's wife has since signed the appearance bond as a financially responsible person. The bond is to be further secured by the listed property.

The requested extension will permit the undersigned to prepare and file a Confession of Judgment to secure the property which must be signed and notarized by both Mr. Kyu and his wife and filed with the local county court in which the property is located.

Thank you for your consideration.

Respectfully submitted,

*/s/ James Kousouros*
James Kousouros, Esq.
Counsel for Eric Kyu

APPLICATION GRANTED.

Dated: August 14, 2024

SO ORDERED.

_____
ANDREW E. KRAUSE
United States Magistrate Judge