# JAMES KOUSOUROS
### ATTORNEY AT LAW

260 Madison Avenue, 22nd floor • New York, NY 10016
212•532•1934 / 212•532•1939 fax
E-mail: James@kousouroslaw.com

JAMES KOUSOUROS
FOUNDER & PRINCIPAL

EVAN L. LIPTON
COUNSEL

EMMA J. COLE
LEGAL ASSISTANT

August 28, 2024

By ECF & Email

Hon. Andrew E. Krause
Magistrate Judge
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

**MEMO ENDORSED**

APPLICATION GRANTED
Hon. Victoria Reznik, U.S.M.J.

August 29, 2024

Re:   *United States v. Eric Kyu*, 24-MJ-02893 (UA)

Dear Judge Krause:

This letter is respectfully submitted to request that the Court amend the conditions of Mr. Kyu's bond to permit him to reside at the home of his cousin in New Jersey with his cousin and his cousin's wife and to travel to and from New Jersey for supervised visitation with his family as directed by Child Protective Services, to attend court proceedings and to attend meetings with counsel. Under Mr. Kyu's current conditions of release his travel and residence are restricted to the Southern and Eastern Districts of New York. *See* D.E. 3, p.g. 4.

Pretrial Services Officer Andrew Abbott has spoken with Mr. Kyu's cousin and has no objection to the request noting that the move to New Jersey would provide "a more stable residence" and that the monitoring of Mr. Kyu's devices would continue. The Government has no objection to this request provided that Pretrial Services impress upon Mr. Kyu's cousin and his wife that Mr. Kyu cannot have access to any internet connected device that is not subject to monitoring by Pretrial Services. He has been so advised and will continue his strict compliance with all conditions of his release.

Thank you for your consideration.

Respectfully submitted,

*/s/ James Kousouros*
James Kousouros, Esq.
Counsel for Eric Kyu

1

cc:   All Counsel of Record (By ECF)

Andrew Abbott
Pretrial Services Officer