UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

UNITED STATES OF AMERICA,

                                                       **4TH ORDER OF CONTINUANCE**
-against-                                                   24 Mag. 2893

ERIC KYU,

                                     Defendant.
-------------------------------------------------------------------x

      Adjourned to December 25, 2024 by Andrew E. Krause, United States Magistrate Judge, having found that the ends of justice served thereby, outweigh the best interest of the public and the defendant in a speedy trial, and that the failure to grant a continuance would be a miscarriage of justice.

Dated: November 27, 2024
         White Plains, New York

                                                              SO ORDERED:

                                                               ANDREW E. KRAUSE
                                                               United States Magistrate Judge